# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: MICHAEL G. GILLETT & PENNY M. GILLETT  Case Number: 05-73350
2362 MAIN STREET           SSN-xxx-xx-0891 & xxx-xx-4318
CALEDONIA, IL  61011

Case filed on:     7/1/2005
Plan Confirmed on: 9/30/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $58,497.10        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF CROSBY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL G. GILLETT | 0.00 | 0.00 | 32.51 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 32.51 | 0.00 |
| 001 | ALPINE BANK | 50,710.22 | 0.00 | 0.00 | 0.00 |
| 002 | GENERAL MOTORS ACCEPTANCE CORP | 9,797.76 | 9,797.76 | 9,797.76 | 0.00 |
| 003 | US BANK/RETAIL PAYMENT SOLUTIONS | 6,065.68 | 5,483.51 | 5,483.51 | 514.89 |
|  | Total Secured | 66,573.66 | 15,281.27 | 15,281.27 | 514.89 |
| 003 | US BANK/RETAIL PAYMENT SOLUTIONS | 240.84 | 69.78 | 69.78 | 0.00 |
| 004 | LVNV FUNDING LLC | 14,404.13 | 14,404.13 | 14,404.13 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 7,831.97 | 7,831.97 | 7,831.97 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 4,231.06 | 4,231.06 | 4,231.06 | 0.00 |
| 007 | MCCBG - JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,308.93 | 1,308.93 | 1,308.93 | 0.00 |
| 011 | ROCKFORD PSYCHIATRIC MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 196.58 | 196.58 | 196.58 | 0.00 |
| 013 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 9,484.54 | 9,484.54 | 9,484.54 | 0.00 |
| 015 | WELLS FARGO FINANCIAL NATIONAL BANK | 1,360.87 | 1,360.87 | 1,360.87 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 39,058.92 | 38,887.86 | 38,887.86 | 0.00 |
|  | Grand Total: | 105,632.58 | 54,169.13 | 54,201.64 | 514.89 |

Total Paid Claimant:    $54,716.53
Trustee Allowance:      $3,780.57
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan